UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDIFECS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WELLTOK, INC., a Delaware corporation, ,<br><br>Defendant. | NO. 2:18-CV-1086<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT WELLTOK, INC.<br><br>**Clerk's Action Required** |

Pursuant to Local Civil Rule 83.2(b)(2), the parties to this action, by and through their undersigned counsel of record, hereby stipulate to the withdrawal and substitution of counsel for Defendant Welltok, Inc. Effective upon entry of the attached Order, Michael W. Droke and Aaron D. Goldstein of Dorsey & Whitney LLP will be deemed to have withdrawn from this case, and Anne Cohen WSBA #41183, of Betts, Patterson & Mines, P.C. shall be substituted as attorney of record for Defendant Welltok, Inc.

Upon entry of the attached Order, all future pleadings and papers directed to Defendant Welltok, Inc. shall be served on Betts, Patterson & Mines, P.C. as substitute counsel at the following address:

Betts, Patterson & Mines, P.S.
US Bancorp Tower
111 SW 5th Avenue, Suite 3650
Portland, OR 97204

STIPULATION AND PROPOSED ORDER
REGARDING WITHDRAWAL AND
SUBSTITUTION OF ATTORNEY FOR    - 1 -
DEFENDANT WELLTOK, INC.
CASE NO. 2:18-CV-1086

0425-1796
4811-7983-9622\2

Betts
Patterson
Mines
U.S. Bancorp Tower
111 SW Avenue
Suite 3650
Portland, OR 97204
(503) 961-6338

1  DATED this 1st day of February 2019.

2

3  ORRICK, HERRINGTON & SUTCLIFFE LLP            DORSEY & WHITNEY LLP

4

5  By _s/ Aravind Swaminathan_                  By _s/ Aaron D. Goldstein_
   Aravind Swaminathan, WSBA # 33883            Aaron D. Goldstein, WSBA # 34425
6  Robert L. Uriarte (*pro hac vice*)           Michael W. Droke, WSBA #25972
   701 Fifth Ave, Suite 5600                    701 Fifth Avenue, Suite 6100
7  Seattle, WA 98104-7097                       Seattle, WA 98104
   Telephone: 206-839-4300                      Telephone: (206)903-5434
8  Email: aswaminathan@orrick.com               E-mail: Goldstein.aaron@dorsey.com
9  Email: ruiarte@orrick.com                    *Withdrawing Attorney for Defendant Welltok, Inc.*
   *Attorney for Plaintiff*
10

11 JAMES POOLEY LAW OFFICES PLC                 BETTS, PATTERSON & MINES, P.S.

12
   By _s/ James Pooley_                         By _s/ Anne Cohen_
13 James Pooley (*pro hac vice*)                Anne Cohen, WSBA # 41183
   325 Sharon Park Dr., #208                    U.S. Bancorp Tower
14 Menlo Park, CA 94205                         111 SW 5th Avenue, Suite 3650
   Telephone: 650-285-8520                      Portland, OR 97204
15 Email: james@pooley.com                      Telephone: (503) 961-6338
   *Attorney for Plaintiff*                     E-mail: acohen@bpmlaw.com
16                                              *Substituting Attorney of Defendant Welltok, Inc.*

17

18

19

20

21

22

23

24

25

STIPULATION AND PROPOSED ORDER
REGARDING WITHDRAWAL AND
SUBSTITUTION OF ATTORNEY FOR                    - 2 -
DEFENDANT WELLTOK, INC.
CASE NO. 2:18-CV-1086

0425-1796
4811-7983-9622\2

Betts
Patterson
Mines
U.S. Bancorp Tower
111 SW Avenue
Suite 3650
Portland, OR 97204
(503) 961-6338

## ORDER

IT IS SO ORDERED.

Dated this 5th day of February, 2019.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
REGARDING WITHDRAWAL AND
SUBSTITUTION OF ATTORNEY FOR       - 3 -
DEFENDANT WELLTOK, INC.
CASE NO. 2:18-CV-1086

0425-1796
4811-7983-9622\2

Betts
Patterson
Mines
U.S. Bancorp Tower
111 SW Avenue
Suite 3650
Portland, OR 97204
(503) 961-6338