UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDIFECS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WELLTOK, INC., <br><br> Defendant. | CASE NO. C18-1086JLR <br><br> ORDER STRIKING TELEPHONIC CONFERENCE AND EXTENDING DISCOVERY MOTIONS DEADLINE |

Before the court are Edifecs, Inc.'s ("Edifecs") and Welltok, Inc.'s ("Welltok") letter briefs regarding a discovery dispute. (*See* Edifecs Ltr. (Dkt. # 23); Welltok Ltr. (Dkt. # 24).) Edifecs, the moving party, notified the court of the dispute, and the parties requested a conference with the court pursuant to this case's scheduling order. (*See* Sched. Order (Dkt. # 17) at 2.) On August 29, 2019, the court set a telephonic discovery conference for September 12, 2019, pursuant to Local Civil Rule 7(i). (*See* 8/29/19 Dkt. Entry); *see also* Local Rules W.D. Wash. LCR 7(i).

//

ORDER - 1

1 | The court has reviewed the parties' letter briefs[1] and has determined that the procedures set forth in Local Rule 7(i) are not appropriate for the issues presented. Edifecs raises serious spoliation allegations and seeks sanctions under Federal Rule of Civil Procedure 37(e). (*See* Edifecs Ltr. Brief at 1-2.) These allegations deserve consideration after complete briefing by the parties. The discovery motions deadline in this case passed on August 30, 2019. (*See* Sched. Order at 1.) Because Edifecs brought this dispute to the court's attention before that date, the court finds good cause to extend the discovery motions deadline for the sole purpose of resolving this dispute.

Accordingly, the court STRIKES the telephonic discovery conference scheduled for September 12, 2019, at 9:30 a.m. (*See* 9/4/19 Dkt. Entry.) The court EXTENDS the discovery motions deadline to September 20, 2019, for the sole purpose of resolving the dispute set forth in the parties' letter briefs. (*See* Edifecs Ltr. (Dkt. # 23); Welltok Ltr. (Dkt. # 24).) On or before that date, Edifecs may file a motion to resolve the dispute. The parties should file the motion, response, and reply, if any, in accordance with Local Civil Rule 7's form and scheduling requirements. *See* Local Rules W.D. Wash. LCR 7.

Dated this 11th day of September, 2019.

JAMES L. ROBART
United States District Judge

---

[1] Welltok filed 126 pages of exhibits with its two-page letter brief, well beyond the two pages the court directed the parties to file. (*See* Dkt. # 24, Attachments 1-10.) Therefore, the court will not review Welltok's exhibits at this time. The court will only review these exhibits in the context of formal motion practice and if properly authenticated.