UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| EDIFECS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WELLTOK, INC., a Delaware corporation,<br><br>Defendant. | NO. 2:18-CV-1086 JLR<br><br>**ORDER GRANTING DEFENDANT WELLTOK, INC.'S UNOPPOSED *EX PARTE* MOTION REQUESTING COPIES OF COURT STAMPED SEALED DOCUMENTS**<br><br>**The Honorable James L. Robart**<br><br>**CLERK ACTION REQUESTED** |

The Court, having received and reviewed Defendant Welltok, Inc.'s ("Welltok") Unopposed *Ex Parte* Motion Requesting Copies of Court Stamped Sealed Documents, having reviewed the pertinent documents, and being fully apprised herein, it is hereby

ORDERED that Defendant Welltok, Inc. is entitled to a copy of the following Court stamped sealed documents, which documents reflect the court's stamp of case number, document number, filing date, and page number:

///

///

| Date Filed | Docket No. | Description |
|---|---|---|
| 9/20/19 | 30 | Ex. 7 to Declaration of Robert L. Uriarte |
| 10/9/19 | 35-2 | Ex. 1A to Declaration of Anne Cohen |
| 10/9/19 | 35-5 | Ex 3A to Declaration of Anne Cohen |
| 10/11/19 | 41 | Exs. 2-11 to Declaration of Aravind Swaminathan (unredacted exhibits) |
| 10/29/19 | 50 | Ex. 2 to Declaration of Anne Cohen |
| 10/29/19 | 51 | Ex. 3 to Declaration of Anne Cohen |
| 10/29/19 | 52 | Ex. 4 to Declaration of Anne Cohen |
| 10/29/19 | 53 | Ex. 5 to Declaration of Anne Cohen |
| 10/29/19 | 54 | Ex. 6 to Declaration of Anne Cohen |
| 10/29/19 | 55 | Ex. 7 to Declaration of Anne Cohen |
| 10/29/19 | 56 | Ex. 8 to Declaration of Anne Cohen |
| 10/29/19 | 57 | Ex. 9 to Declaration of Anne Cohen |
| 10/29/19 | 58 | Ex. 10 to Declaration of Anne Cohen |
| 10/29/19 | 59 | Ex. 11 to Declaration of Anne Cohen |
| 10/29/19 | 60 | Ex. 12 to Declaration of Anne Cohen |
| 10/29/19 | 62 | Ex. 14 to Declaration of Anne Cohen |
| 10/29/19 | 64 | Ex. 16 to Declaration of Anne Cohen |
| 10/29/19 | 67 | Ex. 19 to Declaration of Anne Cohen |
| 10/29/19 | 71 | Welltok Supplemental Statements of Confidential Facts (Filed Under Seal) |

**ORDER GRANTING DEFENDANT WELLTOK, INC.'S MOTION FOR JUDGMENT AGAINST PLAINTIFF EDIFECS, INC.- 2**
**Case No.: 2:18-cv-01086-JLR**

| Date Filed | Docket No. | Description |
|---|---|---|
| 11/20/19 | 87 | Exs. C, D, G, H-M; S-V; X, Y; AA, BB to Declaration of Aravind Swaminathan |
| 12/30/19 | 101 | Ex. B and D to Declaration of Aravind Swaminathan |
| 1/9/20 | 110 | (PROVISIONALLY) Sealed Order granting Defendant's 72 Motion for Summary Judgment, Denying as Moot Defendant's 45 Motion to Exclude, and Denying as Moot the parties' motions in limine (Edifecs MILs (Dkt. # 95 );Welltok MILs (Dkt. # 94 )) |

IT IS FURTHER ORDERED that the Clerk of the Court is to coordinate with counsel for Welltok, Inc. to produce the documents.

DATED  October 1, 2020

*/s/ James L. Robart*
The Honorable James L. Robart
United States District Court Judge

Presented by:

By:  */s/ Anne Cohen*
Anne Cohen, WSB #41183
Betts Patterson Mines
111 SW 5th Ave., Suite 3650
Portland, OR  97204
Attorneys for Welltok, Inc.